IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*IN OPEN COURT*
*DEC - 6 2019*
*CLERK, U.S. DISTRICT COURT*
*ALEXANDRIA, VIRGINIA*

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| | ) |
| v. | ) |
| Kwachie Zilen, | ) Criminal No. 1:19 cr-356 |
| Defendant. | ) |

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby consent to trial at such time as the Court may deem appropriate.

12/6/19
Date

*Signature of Defendant*

*Counsel for the Defendant*

Approved by:

/s/
Anthony J. Trenga
United States District Judge