IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT
JUL 17 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:19-CR-356 (RDA) |
| | ) |
| KWASHIE SENAM ZILEVU, | ) |
| | ) |
| Defendant. | ) |

## **VERDICT FORM**

### **Count 1**

With respect to Count 1, access device fraud, in violation of Section 1029(a)(5) of Title 18 of the United States Code, We, the Jury, find the Defendant, **Kwashie Senam Zilevu**:

Not Guilty _____        Guilty __X__

### **Count 2**

With respect to Count 2, access device fraud, in violation of Section 1029(a)(5) of Title 18 of the United States Code, We, the Jury, find the Defendant, **Kwashie Senam Zilevu**:

Not Guilty __X__        Guilty _____

### **Count 3**

With respect to Count 3, access device fraud, in violation of Section 1029(a)(5) of Title 18 of the United States Code, We, the Jury, find the Defendant, **Kwashie Senam Zilevu**:

Not Guilty __X__        Guilty _____

### Count 4

With respect to Count 4, aggravated identity theft, in violation of Section 1028A(a)(1) of Title 18 of the United States Code, We, the Jury, find the Defendant, **Kwashie Senam Zilevu**:

Not Guilty __X__          Guilty _____

### Count 5

With respect to Count 5, aggravated identity theft, in violation of Section 1028A(a)(1) of Title 18 of the United States Code, We, the Jury, find the Defendant, **Kwashie Senam Zilevu**:

Not Guilty __X__          Guilty _____

### Count 6

With respect to Count 6, aggravated identity theft, in violation of Section 1028A(a)(1) of Title 18 of the United States Code, We, the Jury, find the Defendant, **Kwashie Senam Zilevu**:

Not Guilty __X__          Guilty _____

**So say we all this** 17th **day of** July , 2021.

REDACTED

2