UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

```
------------------------------x
                              :
UNITED STATES OF AMERICA,     : Criminal Action No.
                              :
          versus              : 1:19-cr-356
                              :
KWASHIE SENAM ZILEVU,         : July 12, 2021
                              :
          Defendant.  : **MATTHEW BROWN TESTIMONY**
------------------------------x
```

The above-entitled Jury Trial - **Excerpt** was heard before the Honorable Rossie D. Alston, Jr., United States District Judge.

A P P E A R A N C E S

FOR THE GOVERNMENT:     RONALD FIORILLO, AUSA
                        JAMAR WALKER, AUSA
                        United States Attorney's Office
                        2100 Jamieson Avenue
                        Alexandria, VA 22314


FOR THE DEFENDANT:      CHRISTOPHER BROWN, ESQ.
                        526 King Street
                        Suite 207
                        Alexandria, VA 22314

                        PLEASANT BRODNAX, ESQ.
                        Law Office of Pleasant S. Brodnax,
                        III
                        1701 Pennsylvania Avenue, NW
                        Suite 200
                        Washington, DC 20006




OFFICIAL U.S. COURT REPORTER:   MS. TONIA M. HARRIS, RPR
                                United States District Court
                                401 Courthouse Square
                                Fifth Floor
                                Alexandria, VA 22314

2

TABLE OF CONTENTS
TRIAL WITNESSES

On behalf of the Government:

Matthew Brown

        Direct examination by Mr. Fiorillo........... 05
        Cross-examination by Mr. Brown............... 38

MISCELLANY

Certificate of Court Reporter...................... 43

1    (Excerpt trial proceedings - Matthew Brown's testimony.)

2              MR. FIORILLO:  The government calls Matthew Brown.

3              THE COURT:  Matthew Brown.

4              (Government's witness, Matthew Brown, sworn.)

5              (Witness seated.)

6              THE COURT:  Sir, you don't have to answer this

7    question, but I must do it for purposes of the CDC.

8              Are you fully vaccinated, sir?

9              THE WITNESS:  I am.

10             THE COURT:  Thank you, sir.

11             MR. FIORILLO:  Your Honor, at this time, the

12   government would like to move the exhibits that have been

13   admitted into evidence into evidence.

14             THE COURT:  Okay.  The stipulations, Counsel, that I

15   see run from No. 1 all the way up through No. 193, and also 20

16   through 21As and Bs.  They come in by way of stipulation --

17             MR. FIORILLO:  Your Honor, if I may.  Sorry to

18   interrupt.  We would like to admit the ones particular to

19   Mr. Brown at this time.  There are some that we will not be

20   admitting.  We are planning to go witness by witness and admit

21   the ones --

22             THE COURT:  The ones that show on my list, and

23   please correct me if I'm wrong, are 10, 11, 11A, 11B, 11C,

24   11D, 11E, 11F.

25             MR. FIORILLO:  We missed a couple here, Your Honor.

1        For Mr. Brown, it might be helpful if I read them.

2        Would you like me to do so?

3        THE COURT:  Very good.

4        MR. FIORILLO:  For Mr. Brown, it would be

5   Government's Exhibit 10, 11, 11A, 11B, 11E, 11F, 11G, 11H, 20,

6   21, 21A, 22 --

7        THE COURT:  Hold on.

8        MR. FIORILLO:  Sorry.

9        THE COURT:  20, 20A.

10       MR. FIORILLO:  No 20A, Your Honor.  Just 20, 21,

11  21A, 22, 24, 24A, 52, 80, 81, 82, 83, 84, 85, 90, and 121A.

12       THE COURT:  Without objection.

13       MR. BROWN:  Without objection, Your Honor.

14       MR. FIORILLO:  Thank you, Your Honor.

15       Also, Your Honor, may I have permission to read

16  stipulation No. 1 onto the record.

17       THE COURT:  Without objection.

18       MR. BROWN:  No objection, Your Honor.  Sorry.

19       MR. FIORILLO:  Stipulation No. 1 between the

20  parties:  At all times relevant to the indictment, the

21  defendant Kwashie Senam Zilevu resided at 14520 General

22  Washington Drive, Woodbridge, Virginia 22913.

23       THE COURT:  Ladies and gentlemen, what has been read

24  into the record is a stipulation between counsel.  A

25  stipulation is to be treated just as if someone had come onto

1 the stand and testified to that extent, and you should receive

2 it in that matter.

3          MR. FIORILLO:  May I proceed, Your Honor?

4          THE COURT:  You may.

5                    DIRECT EXAMINATION

6 BY MR. FIORILLO:

7 Q.   Good afternoon, sir.  Could you please say and spell your

8 name for the record.

9 A.   Matthew Brown.  M-a-t-t-h-e-w, B-r-o-w-n.

10 Q.   Mr. Brown, what city and state do you currently live in?

11 A.   Clive, Iowa.

12          THE COURT:  Hold on just a second.  We might have a

13 technical issue.

14          MR. FIORILLO:  Sure.

15          THE COURT:  You might need to move a little closer

16 to the mic, sir.

17          THE WITNESS:  Clive, Iowa.

18          MR. FIORILLO:  Thank you.

19 BY MR. FIORILLO:

20 Q.   How long have you lived in Clive, Iowa?

21 A.   A little over 20 years.

22 Q.   Sir, what do you do for a living?

23 A.   I'm in the automotive business.

24 Q.   And what type of work do you do in the automotive

25 business?

1  A.    I'm a car dealer, a Buick GMC car dealer.

2  Q.    What's the name of your dealership?

3  A.    Bob Brown GMC.

4            (Court reporter clarification.)

5            THE WITNESS:  Bob Brown.

6  BY MR. FIORILLO:

7  Q.    Have you -- other than your car dealership, have you ever

8  owned any other businesses?

9            THE COURT:  Just a moment.

10            Joel and Marlan, can you take the Plexiglass down.

11            THE WITNESS:  Is that better?

12            THE COURT:  It's going to be.

13            THE WITNESS:  Okay.

14            THE COURT:  Let's do a test.

15            Say your name again, sir.

16            THE WITNESS:  Matthew Brown.

17            THE COURT:  Is that better?  Thank you.  Very good.

18            Thank you, Joel.  Thank you, Marlan.

19  BY MR. FIORILLO:

20  Q.    Sir, you were testifying about the auto dealership you

21  own in Clive, Iowa.

22            Could you state the name of your auto dealership.

23  A.    Sure.  It's Bob Brown, Buick GMC.

24  Q.    And have you ever owned any other businesses?

25  A.    No, I have not.

1   Q.   Do you currently have any business partners?

2   A.   Yes, I do.

3   Q.   Who is that?

4   A.   Ron Brown, my father.

5   Q.   Other than your father, have you had any other business

6   partners?

7   A.   No, I do not.

8   Q.   Have you ever had a business partner named Kwaku Blay?

9   A.   No.

10  Q.   Have you previously -- thank you.

11         I'm going to direct your attention, Mr. Brown, to a

12  company called American Express.

13         Are you familiar with that company?

14  A.   Yes, I am.

15  Q.   Have you ever had an account with American Express?

16  A.   Yes, I do.

17  Q.   And what kind of account is that?

18  A.   A personal credit card.

19  Q.   Did you apply for an American Express credit card in

20  2016?

21  A.   No, I did not.

22  Q.   What, if any, contact did you have with American Express

23  in 2017?

24  A.   I contacted American Express simply to change my payment

25  due date in January of 2017.  And at that time, they asked me

1  which account.  I explained to them I only had one account.

2          They explained to me that I had two open accounts, a

3  personal and a business one.  And I asked them about the

4  business one.  They said there was a balance on it, and I

5  asked to be transferred to the fraud department.

6  Q.   How much was that balance?

7  A.   They told me it was around $49,000.

8  Q.   And when you were transferred, who did you speak with?

9  A.   A Peter Boresky.

10  Q.   What did you speak with Mr. Boresky about?

11  A.   Just simply explain to him that I did open the account.

12  I requested to see a copy of the application and was denied

13  that.  And he stated that it would be turned over and go

14  through the process of the fraud department.

15  Q.   It would be turned over where?

16  A.   To the fraud department.

17  Q.   And after you spoke with Mr. Boresky from American

18  Express, what happened next?

19  A.   Some time went by and I got a couple of notifications

20  from American Express and was contacted -- I believe the first

21  contact was by Inspector Palmer.

22          (Court reporter clarification.)

23          THE WITNESS:  I was first contacted by Inspector

24  Palmer.

25  BY MR. FIORILLO:

────── United States v. Zilevu ──────

1  Q.   Right now, Mr. Brown, I would like to direct your

2  attention to what's been admitted as Government Exhibit 10.

3         With the assistance of the court security officer, I

4  would like you to take a look at it in the binder.  Hardcopy,

5  please.

6  A.   Which exhibit?

7  Q.   Exhibit 10, sir.

8  A.   Okay.

9         MR. FIORILLO:  Your Honor, the jurors' exhibit

10  that's being displayed to the jurors is partially redacted to

11  protect Mr. Brown's PII.

12         THE COURT:  Ladies and gentlemen of the jury, you're

13  seeing an item that has been stipulated to.  It's been

14  partially redacted.  We have a responsibility as agents of

15  this information to make sure that certain information that is

16  private in nature not be divulged in a public way.

17         When you are able to consider this evidence, you

18  will receive the unredacted versions of this piece of

19  evidence.

20         MR. FIORILLO:  Thank you, Your Honor.

21  BY MR. FIORILLO:

22  Q.   Mr. Brown, are you on Exhibit 10 now?

23  A.   I am.

24  Q.   I'd like to direct your attention to the top left-hand

25  corner of the document, about six lines down on the first

United States v. Zilevu

1  page.

2        Do you see the name, "Matthew B. Brown" there?

3  A.    I do.

4  Q.    Is that your name?

5  A.    Yes, it is.

6  Q.    Under your name a couple more lines, do you recognize the

7  nine digit number there?

8  A.    It's my Social Security number.

9  Q.    Underneath that, do you see the address in Clive, Iowa?

10  A.    Yes.

11  Q.    Are you familiar with that address?

12  A.    Yes.  That's the first home that we've ever purchased.

13  Q.    How long did you reside at that address?

14  A.    Roughly ten years.

15  Q.    Below that, do you see two telephone numbers listed?

16  A.    I do.

17  Q.    Starting with the one on the left, next to the letter B,

18  are you familiar with that number?

19  A.    No, I'm not.

20  Q.    How about the number on the right next to the H, are you

21  familiar with that number?

22  A.    Yes.

23  Q.    How are you familiar with it?

24  A.    That number was the phone number, the home phone number

25  associated with this address.

1  Q.   If you could now turn to page 2.

2        Do you see on the right-hand side of the page, about

3  nine lines down, where it says "app RCVDDTE"?

4  A.   Page 2?  Yes, I do.

5  Q.   What is the date listed there?

6  A.   January 25th of 2016.

7  Q.   Mr. Brown, you identified a few different means of

8  identification of yours that are present on this document, but

9  you've also testified there today that you did not apply for

10 an American Express credit card in 2016.

11       Did you ever give anyone your Social Security to

12 have them apply for an American Express card for you?

13 A.   No, I did not.

14 Q.   Did you ever provide anyone with authorization to open a

15 credit card in your name?

16 A.   No.

17 Q.   Let's now turn to the third exhibit of this page, please.

18       Let's now take a look about nine lines down on the

19 page on the left-hand side.

20       Do you see where it says "Customer demographics,

21 enter, function, add, change, delete"?

22 A.   I do.

23 Q.   Directly below that, do you see where it says "M, slash,

24 comp Belview Auto"?

25 A.   Yes.

1  Q.  Have you ever owned a business by that name?

2  A.  No.

3  Q.  Have you ever been involved in any way with a business by

4  that name?

5  A.  No.

6  Q.  Below that, do you see the address listed there?

7  A.  Yes.

8  Q.  Could you read it.

9  A.  14520 General Washington in Woodbridge, Virginia.

10  Q.  Have you ever lived there?

11  A.  No.

12  Q.  Have you ever owned a business located there?

13  A.  No.

14  Q.  Have you ever been to that address?

15  A.  No.

16  Q.  Have you ever even been to Woodbridge, Virginia?

17  A.  No.

18  Q.  Now, beneath the Woodbridge address there are two columns

19  of information:  "Verification data" on the left-hand side and

20  "verified" on the right-hand side.

21          Do you see that?

22  A.  I do.

23  Q.  Three lines down, where it says "NAT ID," is that your

24  Social Security number again?

25  A.  Yes, it is.

1   Q.   Is it also present in the verified area?

2   A.   Yes.

3   Q.   Turn now to the very last page of this exhibit, if you

4   would, please.

5   A.   Okay.

6   Q.   I'm going to direct you to the bottom of the page.

7            Do you see the e-mail address listed there?

8   A.   I do.

9   Q.   Could you read it.

10  A.   B-l-a-y at dumabase.com.

11  Q.   Is that your e-mail address?

12  A.   No.

13  Q.   Have you ever used that e-mail address before?

14  A.   No.

15  Q.   Do you know who it belongs to?

16  A.   No.

17  Q.   Have you ever -- you mentioned your father is your

18  business partner, I believe you testified earlier.

19           Have you ever had a business partner named Kwaku

20  Blay?

21  A.   No.

22  Q.   I'd like now to direct you to Government Exhibit 11.

23  A.   Okay.

24  Q.   I think, for the most part, you would be able to look at

25  the screen for this exhibit, sir.

1          In the top left-hand corner, do you see a name

2    associated with this account?

3    A.    I do.

4    Q.    Whose name?

5    A.    Matthew Brown.

6    Q.    Is that your name?

7    A.    Yes.

8    Q.    Looking to the far right, what are the last four digits

9    of the account number associated with this American Express

10   account?

11   A.    2003.

12   Q.    Looking down at the bottom left of the first page we are

13   on.

14          According to the document, where were the statements

15   for this account being mailed?

16   A.    14520 General Washington, Woodbridge, Virginia.

17   Q.    And you testified earlier that you've never been to

18   Woodbridge, Virginia?

19   A.    Correct.

20   Q.    Have you ever received any of these documents for this

21   account at your home address in Iowa?

22   A.    No.

23   Q.    Scroll down to page 3 of this exhibit, please.

24          Do you see the first transaction listed on May 10th

25   of 2016, showing a $7,400 charge?

1    A.    I do.

2    Q.    What company is being paid?

3    A.    PayPal, MacroTele.

4    Q.    Did you ever make a payment to MacroTele?

5    A.    No.

6    Q.    Did you ever authorize someone else to make a payment to

7    MacroTele using a credit card in your name?

8    A.    No.

9    Q.    Before your involvement in this proceeding, were you at

10   all familiar with an entity called MacroTele?

11   A.    No.

12   Q.    I'd like now to direct your attention to the first two

13   purchases that posted on May 14th of 2016.

14          Looking at the first line of the transaction detail,

15   for that first transaction, what was purchased?

16   A.    An airline ticket through Delta Airlines.

17   Q.    For how much?

18   A.    $781.20.

19   Q.    Where did this flight leave from?

20   A.    Baltimore Washington.

21   Q.    And where did this flight go to?

22   A.    It looks like Minneapolis, and then to Sacramento.

23   Q.    And did you ever purchase tickets to Sacramento using

24   this account that was opened in your name?

25   A.    No.

1  Q.   And on the second line of this transaction detail, what

2  name is listed there?

3  A.   Kwashie Zilevu.

4  Q.   Have you ever purchased a plane ticket to Sacramento for

5  someone named Kwashie Zilevu?

6  A.   No.

7  Q.   Have you ever authorized anyone to use a credit card open

8  in your name to purchase a plane ticket to Sacramento for

9  someone named Kwashie Zilevu?

10  A.   No.

11  Q.   Before you were involved in this case, have you ever even

12  known anyone named Kwashie Zilevu?

13  A.   No.

14  Q.   And there's a second transaction on that date.  If you

15  could direct your attention to that.

16          Do you see a name listed that's associated with that

17  transaction?

18  A.   I do.

19  Q.   What is it?

20  A.   Nefise Y-e-n-i-l-m-e-z.

21  Q.   Have you ever purchased a plane ticket for someone by

22  that name?

23  A.   No.

24  Q.   Have you ever authorized anyone to do so?

25  A.   No.

1   Q.   Before you were involved in this case, did you even know

2   anyone by that name?

3   A.   No.

4   Q.   Now, look at the first page of this exhibit again.

5           Do you see in the top right-hand corner of the page

6   under "account summary," where it says "new charges"?

7   A.   I do.

8   Q.   How much is listed there regarding new charges for this

9   account in your name?

10  A.   $9,541.60.

11  Q.   Mr. Brown, did you make any of those charges?

12  A.   No.

13  Q.   Could you now turn to Government's Exhibit 11A.

14          Is this another monthly statement for the American

15  Express credit card account ending in 2003, that was opened in

16  your name?

17  A.   It is.

18  Q.   Can we go to page 4, please.

19          Do you see the first transaction on May 31st in the

20  amount of $1,339.16?

21  A.   I do.

22  Q.   Mr. Brown, have you ever been to Accra, the capital of

23  Ghana, a country in West Africa?

24  A.   No.

25  Q.   Have you ever purchased a plane ticket for anyone to

1   travel from Washington Dulles Airport to Accra, Ghana?

2   A.   No.

3   Q.   Now, if you could look closely at the transaction detail

4   again.  And on the second-to-last line, what name is listed

5   there?

6   A.   Kwashie Zilevu.

7   Q.   Have you ever purchased a plane ticket to Ghana for

8   someone named Kwashie Zilevu?

9   A.   No.

10  Q.   Have you ever authorized anyone to do so?

11  A.   No.

12  Q.   And you testified earlier that you don't know anyone

13  named Kwashie Zilevu?

14  A.   Correct.

15  Q.   Let's now turn to Government Exhibit 11B.

16  A.   D or B?

17  Q.   B, sir.

18  A.   Okay.

19  Q.   If you could look at the first page.

20       Is this another monthly statement from the American

21  Express credit card ending 2003, that was opened in your name?

22  A.   It is.

23  Q.   Could you turn to page 3, please.

24  A.   Okay.

25  Q.   Do you see a $300 payment reflected at the top of this

1  page?

2  A.    I do.

3  Q.    Did you make that payment?

4  A.    No.

5  Q.    Do you know who did?

6  A.    No.

7  Q.    If you could, now, let's take a look at Government

8  Exhibit 121A.  And I believe your monitor, sir, so you don't

9  have to keep flipping through the book.

10  A.    It's kind of hard to read.

11  Q.    It's hard to read?

12  A.    Yeah.  I don't mind the book.

13        121A?

14  Q.    Yes, please.

15  A.    I'm there.

16  Q.    On the first page, what is the name in the top left

17  corner?

18  A.    Kwashie Zilevu.

19  Q.    And if you could, on the left-hand side of the page, to

20  the left, with a text block first begins.

21        What kind of account is this?

22  A.    It appears to be a savings account.

23  Q.    And in the top right corner, what is -- of the page --

24  what is the date range listed?

25  A.    The 1st of July, 2016, through the 31st of July, 2016.

1  Q.   Could you turn to page 2, sir.

2  A.   Okay.

3  Q.   Specifically transaction listed on July 18th.

4        How much is that payment for?

5  A.   $300.

6  Q.   What company was paid?

7  A.   American Express.

8  Q.   Is that the same payment amount reflected on the account

9  opened in your name that was just discussed?

10  A.   It is.

11  Q.   Could we now take a look at Government's Exhibit 11F,

12  please.

13        And just to verify, again, could you please take a

14  look at the account number on the right-hand side of the page

15  and tell us whether this is another account statement for the

16  account you've identified as being opened in your name.

17  A.   Yes.  It's account ending in 2003.

18  Q.   I would like to take a look at page 4, please.

19  A.   Okay.

20  Q.   And specifically a transaction that posted on November

21  1st.

22        How much was that purchase for?

23  A.   It was a few charges, but the first one is $61.98.

24  Q.   And what company was paid?

25  A.   Uber.

1    Q.   Take a look at Government Exhibit 85.

2          Mr. Brown, what is the date in the upper right

3    corner of this document?

4    A.   October 31st of 2016.

5    Q.   And is that the day before the credit card transaction we

6    were just discussing?

7    A.   Yes, its.

8          MR. BROWN:  Your Honor, respectfully, we just want

9    this guy to read the exhibits that are in evidence.  He's

10   not -- he's never seen these documents before.  I understand

11   they are in evidence, but all he seems to be doing is reciting

12   what's in the documents that are admitted into evidence.

13          THE COURT:  I'm not going to get in the way of the

14   government's ability to present its case in the context that

15   it wants to.  These items have been stipulated to.

16          So if the government wants the witness to testify as

17   to whether or not he did authorize these transactions, they

18   are entitled to do so.

19          MR. BROWN:  Thank you, Your Honor.

20   BY MR. FIORILLO:

21   Q.   Sir, what does the first full line of text beneath the

22   date say?

23   A.   It says "Thanks for choosing Uber, Kwashie Zilevu."

24   Q.   Do you see where it says "trip fare"?

25   A.   I do.

1  Q.   How much did this trip cost?

2  A.   $61.98.

3  Q.   Is that the same amount that was listed on the credit

4  card opened in your name?

5  A.   Yes.

6  Q.   Underneath the dollar amount, do you see where it says

7  "charged," where the four numbers are listed?

8  A.   I do.

9  Q.   Are those the same last four numbers as the American

10  Express credit card account opened in your name?

11  A.   They are.

12  Q.   Underneath that, do you see a designation address listed?

13  A.   I do.

14  Q.   Is that the same street name as the address listed on the

15  American Express credit card account opened in your name?

16  A.   Street name, yes.

17  Q.   Would you please look at Government Exhibit 84 now.

18       What does the first sentence below the date say?

19  A.   "Thanks for choosing Uber, Kwashie Zilevu."

20  Q.   How much did this trip cost?

21  A.   $28.62.

22  Q.   How was it paid for?

23  A.   American Express ending in 2003.

24  Q.   Is that the account that was opened in your name?

25  A.   That is.

United States v. Zilevu

1  Q.    And what is the pickup address listed?

2  A.    14520 General Washington Drive, Woodbridge, Virginia.

3  Q.    Is that the exact same address that was listed on the

4  American Express credit card opened in your name?

5  A.    That is.

6  Q.    Can we take a look at Government Exhibit 83 now, please.

7          What is the first sentence below?

8  A.    "Thanks for choosing Uber, Kwashie Zilevu."

9  Q.    How much did this Uber trip cost?

10  A.    $36.04.

11  Q.    How was it paid for?

12  A.    American Express ending in 2003.

13  Q.    And what is the destination address listed?

14  A.    14520 General Washington Drive, Woodbridge, Virginia.

15  Q.    Again, is that the exact same address listed on the

16  American Express credit card opened in your name?

17  A.    That is.

18  Q.    Turning to Exhibit 82, now, please.

19          What is the first -- sorry.  I'll give you a second

20  to get there.

21  A.    Yeah.

22  Q.    What does the first sentence below the date say?

23  A.    "Thanks for choosing Uber, Kwashie Zilevu."

24  Q.    How much did this Uber trip cost?

25  A.    $62.75.

1  Q.   How was it paid for?

2  A.   American Express ending in 2003.

3  Q.   And what is the destination address listed?

4  A.   14516 General Washington Drive, Woodbridge, Virginia.

5  Q.   Is that the same street that's named on the American

6  Express credit card account ending 2003?

7  A.   Street, yes.

8  Q.   Government's Exhibit 81, now, please.

9        What's the first sentence?

10 A.   "Thank you for using Uber, Kwashie Zilevu."

11 Q.   How much did this Uber trip cost?

12 A.   $59.04.

13 Q.   How was it paid for?

14 A.   American Express ending in 2003.

15 Q.   And what is that destination address listed?

16 A.   14520 General Washington Drive, Woodbridge, Virginia.

17 Q.   Is that the exact same address that's listed on your

18 American Express credit card opened in your name?

19 A.   That is.

20 Q.   Okay.  Government's Exhibit 80, please.

21       MR. BROWN:  I'm just going to renew my objection.

22 The documents speak for itself.  They're in evidence.  I

23 understand how the Court ruled.

24       THE COURT:  Overruled.

25       MR. FIORILLO:  Your Honor, as there are numerous of

1   these exhibits, we'll move ahead out of respect for the

2   Court's time.

3           THE COURT:  Yes, sir.

4   BY MR. FIORILLO:

5   Q.   Let's turn back to Government Exhibit 11F now.  And, if

6   you could, please turn to page 5.

7   A.   All right.

8   Q.   Do you see the first purchase listed on November 13,

9   2016, for $261.10?

10  A.   I do.

11  Q.   Mr. Brown, did you purchase a plane ticket for Kwashie

12  Zilevu to fly from Washington, D.C., to Dallas, Texas, on

13  November 13th?

14  A.   No, I did not.

15  Q.   Did you authorize anyone to make this purchase with a

16  credit card in your name?

17  A.   No.

18  Q.   A couple rows below the plane ticket purchase, do you see

19  another transaction listed for November 13, 2016, this time

20  for $550?

21  A.   I do.

22  Q.   And who is listed as the recipient of that payment?

23  A.   PayPal, MacroTele.

24  Q.   Did you ever make a $550 payment to MacroTele?

25  A.   No.

1  Q.   Did you ever authorize anyone to do so?

2  A.   No.

3  Q.   Do you see the last purchase listed for November 13th of

4  2016 for $201?

5  A.   I do.

6  Q.   Who is listed as the company being paid there?

7  A.   Hoteltonight.com.

8  Q.   Could you turn to Government Exhibit 90, please.

9  A.   Nine?

10  Q.   Ninety, 9-0.

11  A.   I'm sorry.  Okay.

12  Q.   Would you read the bolded line of text at the top of this

13  document.

14  A.   It reads:  "HotelTonight booking receipt November 13th at

15  Trump International Resort."

16  Q.   And the front line, what does it say?

17  A.   HotelTonight.  Help at HotelTonight.com."

18  Q.   And who is this e-mail addressed to?

19  A.   Kzilevu@gmail.com.

20  Q.   Did you ever receive this e-mail?

21  A.   No.

22  Q.   Is kzilevu@gmail.com an e-mail address you have ever

23  used?

24  A.   No.

25  Q.   Do you see the section beginning with "booking

1  confirmation"?

2  A.   I do.

3  Q.   Read the next few lines after that.

4       Where is this hotel booking confirmation for?

5  A.   It looks like Trump International Resort in Sunny Isles,

6  Florida.

7  Q.   Now, further down on the page, do you see where it says

8  "receipt details"?

9  A.   I do.

10  Q.   Who is the guest for this hotel confirmation?

11  A.   Kwashie Zilevu.

12  Q.   Beneath that, in the last line of text in that paragraph,

13  do you see where it says "We charged $201 to the American

14  Express credit card ending 2003, under the name

15  HotelTonight.com"?

16  A.   I do.

17  Q.   Is that the same last four digits of the credit card

18  account opened in your name that we've been discussing today?

19  A.   Yes.

20  Q.   Could you turn to Government Exhibit 11H, now, please.

21       Looking at the first page, again, in the bottom

22  left-hand corner, who is the statement addressed to?

23  A.   Matthew B. Brown, Bellview Auto.

24  Q.   What is the address listed?

25  A.   14520 General Washington, Woodbridge, Virginia.

1  Q.   Is that the same as it has been with other statements we

2  have reviewed today?

3  A.   Yes.

4  Q.   Can you now look at the account number in the upper right

5  corner of the page.

6  A.   Hmm-mm.

7  Q.   What is it?

8  A.   It ends in 3001.

9  Q.   Has that changed from the other month's statements?

10 A.   Yes.

11 Q.   Sir, do you see where it says previous balance?

12 A.   I do.

13 Q.   How much is listed?

14 A.   $42,939.24.

15 Q.   Let's take a look at the prior month's statement.

16 Government Exhibit 11G, now, please.

17         At the top left of the page, do you see where it

18 says "new balance"?

19 A.   I do.

20 Q.   Is that the same amount that's included as the previous

21 balance on the statement that we just looked at, where that

22 account number changed to 3001?

23 A.   Yes, it is.

24 Q.   Could you turn back to Government Exhibit 11H now,

25 please.  Specifically, page 4.

1    A.    Okay.

2    Q.    Do you see the first transaction on January 7th of 2017?

3    A.    I do.

4    Q.    Where was that purchase made?

5    A.    DSW.

6    Q.    Where is that store located?

7    A.    Woodbridge, Virginia.

8    Q.    Did you make that purchase?

9    A.    No.

10   Q.    Do you know who did?

11   A.    No.

12   Q.    Let's look at Government Exhibit 22, please.

13          What does the date stamp at the bottom of the page

14   say?

15   A.    January 7th of 2017.

16   Q.    Is that the same date as the DSW purchase we were just

17   discussing?

18   A.    Yes.

19   Q.    Is that you?

20   A.    No.

21   Q.    Do you know who that is?

22   A.    No.

23   Q.    Did you ever authorize anyone to use a credit card in

24   your name to make this purchase?

25   A.    No, I did not.

1  Q.   Could you please turn back to Government Exhibit 11H.

2         Do you see the second transaction on January 8th of

3  2017.

4  A.   Which page?

5  Q.   Oh, I'm sorry.  Fourth page, I believe.  The second

6  transaction on January 8th.

7  A.   Yes.

8  Q.   Where was that purchase made?

9  A.   BJ's Wholesale.

10 Q.   For how much?

11 A.   $405.67.

12 Q.   And where is that BJ's Wholesale located?

13 A.   In Woodbridge, Virginia.

14 Q.   Please now go to Government Exhibit 24.

15        Do you see the date listed in the top left of this

16 document?

17 A.   One second.  Yes.

18 Q.   What's the date?

19 A.   January 8th of 2017.

20 Q.   Is that the same date as the BJ's purchase reflected on

21 that credit card account opened in your name?

22 A.   Yes.

23 Q.   Does this document also list the location of where this

24 purchase was made?

25 A.   It does.

1   Q.    What is it?

2   A.    The whole address?

3   Q.    The city would be fine.

4   A.    Woodbridge, Virginia.

5   Q.    Is that the same as on the credit card statement?

6   A.    Yes, it is.

7   Q.    What's the dollar amount?

8   A.    $405.67 is the total.

9   Q.    And about halfway down the page, do you see where it

10  lists items purchased?

11         Do you see body pillow listed?

12  A.    I do.

13  Q.    I'd like to take a look now at Government Exhibit 24A.

14         Is that you?

15  A.    No.

16  Q.    Do you know who that is?

17  A.    No.

18  Q.    What's the item sitting on the top of the shopping cart?

19  A.    It appear to be a body pillow.

20  Q.    Now, return to Government Exhibit 11H, please.

21         I'd like you to look at the second transaction

22  listed on January 9th of 2017, on page 4.

23  A.    Okay.

24  Q.    How much was that transaction?

25  A.    $526.93.

1  Q.   Who was paid?

2  A.   Floor & Décor.

3  Q.   And what city did that transaction occur?

4  A.   Woodbridge, Virginia.

5  Q.   Can we now look at Government Exhibit 20.

6       Are you there, sir?

7  A.   Yes.

8  Q.   What is the name of the store listed at the top of this

9  document?

10 A.   Floor & Décor.

11 Q.   Where is it located?

12 A.   Woodbridge, Virginia.

13 Q.   What's is the date listed?

14 A.   January 9th of 2017.

15 Q.   And if you could look all the way to the bottom of the

16 page, what is the grand total listed?

17 A.   $526.93.

18 Q.   To the left of that, do you see a payment method listed?

19 A.   Yes.  It reads "American Express ending in 2003."

20 Q.   Is that the same last four numbers as the account opened

21 in your name?

22 A.   Yes.

23 Q.   Take a look at Government Exhibit 21, please.

24       What is the name of the store that's at the top of

25 this document?

1   A.    Floor & Décor.

2   Q.    Where is it located?

3   A.    Woodbridge, Virginia.

4   Q.    And what is the date listed?

5   A.    January 16th of 2017.

6   Q.    And if you could look down towards the bottom of the

7   page, what is the grand total listed?

8   A.    $262.66.

9   Q.    And to the left of that, do you see a payment method

10  listed?

11  A.    I do.

12  Q.    Is that the same last four numbers as the account opened

13  in your name?

14  A.    It is.

15  Q.    And please look back up at the top of the page for a

16  moment.

17        Do you see a time associated with this transaction?

18  A.    1:58 p.m.

19  Q.    Could you look at Government Exhibit 21A, now, please.

20        Looking at the bottom of the page, do you see a time

21  stamp?

22  A.    I do.

23  Q.    What time does was this captured?

24  A.    It's military time.  2:01.

25  Q.    Is that about three minutes after the time listed on the

United States v. Zilevu

1   receipt we just looked at?

2   A.    It would be.

3   Q.    What was the date this was taken?

4   A.    It looks like the 1st -- I'm sorry, the 16th of January

5   2017.

6   Q.    Is that also the same as on the credit card statement?

7   A.    Yes.

8   Q.    Is this you in the photo?

9   A.    No.

10  Q.    Did you authorize this person to use a credit card opened

11  in your name?

12  A.    No.

13  Q.    Could you now take a look at Government Exhibit 11E.

14          And just to verify again, sir, can you look at the

15  account number on the top right of the page and tell us

16  whether this is another statement from the same account you've

17  identified as being opened in your name.

18  A.    It is.

19  Q.    Please turn to page 3 now.

20  A.    Okay.

21  Q.    Do you see the first transaction listed for October 8th?

22  A.    I do.

23  Q.    Who is the payee listed in that transaction?

24  A.    Travelocity.com.

25  Q.    How much was Travelocity.com paid?

1   A.   $525.08.

2   Q.   Do you see a name listed in the transaction details as

3   well?

4   A.   I do.

5   Q.   What is it?

6   A.   Kwashie Zilevu.

7   Q.   And beneath the name Kwashie Zilevu, do you see any

8   additional details about this transaction?

9   A.   It reads:  "Fontainebleau Miami Beach."

10  Q.   Mr. Brown, did you stay at the Fontainebleau in Miami

11  Beach on October 8th of 2016?

12  A.   No.

13  Q.   Did you purchase a hotel room for someone named Kwashie

14  Zilevu to stay at the Fontainebleau that day?

15  A.   No.

16  Q.   Did you authorize him to make that purchase?

17  A.   No.

18  Q.   Can we turn to Government's Exhibit 11H, please, and

19  specifically page 5.  Okay.

20       About halfway down the page, do you see a

21  transaction on January 13th of 2017?

22  A.   I do.

23  Q.   Who is it for?

24  A.   An airline ticket, South African Airways.

25  Q.   How much was this plane ticket purchased for?

1  A.   $955.56.

2  Q.   Looking at the statement, can you tell us what airline is

3  listed on the -- excuse me, you mentioned that already.

4        Below that, do you see a "from" and "to" location

5  listed?

6  A.   From Washington Dulles to Accra.

7  Q.   Does this transaction information also include a

8  passenger name?

9  A.   It does.

10 Q.   What is it?

11 A.   Eva A-h-i-a-b-l-e.

12 Q.   And have you ever purchased a plane ticket for Eva

13 Ahiable to travel from Dulles to Accra?

14 A.   No.

15 Q.   Did you ever authorize anyone to make this purchase using

16 a credit card opened in your name?

17 A.   No.

18 Q.   Can you now look at Government Exhibit 52.

19        Is this another e-mail sent to kzilevu@gmail.com?

20 A.   Yes.

21 Q.   From looking at the "from" line, who sent this e-mail?

22 A.   South African Airways.

23 Q.   What does the e-mail describe?

24 A.   It's an itinerary, electronic ticket, passenger itinerary

25 receipt.

1  Q.   Can you now return to Government Exhibit 11H one last

2  time.  It's specifically page 5, please.

3           I'd like to direct your attention to the next

4  purchase beneath the plane ticket we discussed.  It's also on

5  January 13th of 2017.

6           Who is the payee listed there?

7  A.   ProPay Salamone Interiors.

8  Q.   How much was paid to Salamone Interiors?

9  A.   $1,364.75.

10 Q.   Do you see the e-mail address listed in transaction

11 detail as well?

12 A.   I do.

13 Q.   What is it?

14 A.   Jsalamone@salamonedesign.

15 Q.   On January 13th of 2017, did you pay Salamone Interiors

16 $1,364.75?

17 A.   No.

18 Q.   Did you authorize anyone to make this -- to pay this

19 company using your credit card in your name?

20 A.   No.

21 Q.   Mr. Brown, did you have anything to do with this credit

22 card account being used?

23 A.   No.

24 Q.   When was the first time you ever learned of its

25 existence?

1           MR. BROWN:  Objection, asked and answered.

2           THE COURT:  Overruled.

3   BY MR. FIORILLO:

4   Q.   You may answer.

5   A.   January of 2017.

6   Q.   And had you known this credit card account had been

7   opened, would you have authorized anyone to use it?

8   A.   No.

9   Q.   In addition to the specific transactions that we've

10  walked through today with you, were you previously given an

11  opportunity to review all the purchases that were made using

12  this American Express account opened in your name?

13  A.   I was.

14  Q.   Did you make any of the purchases associated with this

15  account?

16  A.   No.

17  Q.   Did you authorize anyone to make these purchases?

18  A.   Absolutely not.

19          MR. FIORILLO:  Nothing further, Your Honor.

20          THE COURT:  Cross-examination.

21          MR. BROWN:  Thank you, Your Honor.

22                      CROSS-EXAMINATION

23  BY MR. BROWN:

24  Q.   Mr. Brown, good afternoon.

25  A.   Hello.

1  Q.   I take it that we are not related.  My name is

2  Christopher Brown.

3  A.   No, I don't think so.

4  Q.   How long have you been in the car dealership business?

5  A.   Well, I'm third generation.  So our family has been in

6  the business since '61.

7  Q.   So am I, in my business.

8       You were asked about Belview Auto.

9       You don't have any knowledge of or information about

10 a company called Bellview Auto?

11 A.   No.

12 Q.   And your company, you have employees in your company, do

13 you not?

14 A.   Right.

15 Q.   And do you have a corporate credit card?

16 A.   No.

17 Q.   You company doesn't have that?

18 A.   No.

19 Q.   And do you ever take Uber?

20 A.   Do I ever what?

21 Q.   Take Uber?

22 A.   Sure.

23 Q.   Do you have an Uber account?

24 A.   I do.

25 Q.   What is the name on your Uber account?

1  A.   I don't have my phone, so I can't --

2  Q.   I mean, do you remember what you do to give it a name?

3        Do you recall, were you allowed to pick any name you

4  wanted?

5  A.   I can't remember.  It's been a long time since I opened

6  the account.

7  Q.   Well, when was the last time you used the account?

8  A.   I used it last night.

9  Q.   So you get these little map things that have been in the

10 exhibits that said "Thank you for using Uber."

11       Did you get those?

12 A.   I received an e-mail that wants you to rate them on their

13 star and tip them.

14 Q.   And they kept asking you at the top, "What is the first

15 line?"

16       It says, "Thank you, Kwashie Zilevu, for using

17 Uber."

18       Do you remember seeing that?

19 A.   Yeah.

20 Q.   Does what you get say that at the top?

21 A.   I've seen those before on the e-mail version.

22 Q.   And does it say, "Thank you, Matthew Brown"?

23 A.   I would assume it does.

24 Q.   And is that because you named your account Matthew Brown?

25 A.   I assume it would.

1  Q.   And if you had named your account something else, it

2  would say whatever that something else was.  Thank you to this

3  something else.

4  A.   Probably.

5  Q.   And Uber never asked you to say, "Why do you want to name

6  your account this," did it?

7  A.   Not that I recall.

8  Q.   You could have named it Barack Obama, if you wanted to.

9       Would they have stopped you?

10 A.   Not sure.

11 Q.   Okay.

12      MR. BROWN:  That's all I have, Your Honor.

13      THE COURT:  Any questions, Counsel?

14      MR. FIORILLO:  No redirect, Your Honor.

15      THE COURT:  Is this witness subject to recall?

16      MR. FIORILLO:  No, Your Honor.

17      THE COURT:  All right, sir.

18      Sir, you're free to step down.  Apparently, none of

19 the lawyers are going to need you to testify about anything

20 else.

21      There's a rule on witnesses.  And the rule on

22 witnesses basically says you cannot discuss the case or any

23 aspect of the case with any other witnesses in the case.

24      All right, sir.  Thank you for your testimony.

25      THE WITNESS:  Thank you.

1              THE COURT:  Yes, sir.

2    (Witness excused.)(Conclusion of Matthew Brown's testimony.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3          I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury Trial -

7    Excerpt in the case of the **UNITED STATES OF AMERICA versus**

8    **KWASHIE SENAM ZILEVU**, Criminal Action No.: 1:19-cr-356, in

9    said court on the 12th day of July, 2021.

10         I further certify that the foregoing 43 pages

11   constitute the official transcript of said proceedings, as

12   taken from my machine shorthand notes, my computer realtime

13   display, together with the backup tape recording of said

14   proceedings to the best of my ability.

15         In witness whereof, I have hereto subscribed my

16   name, this October 15, 2021.

17

18

19

20

21   _____
          Tonia M. Harris, RPR
22        Official Court Reporter

23

24

25

                                                              43